# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ANTONIO JACOBY                                                                                           PLAINTIFF

v.                                              3:20CV00247-LPR-JTK

HAROLD THOMAS, et al.                                                                            DEFENDANTS

## ORDER

Having reviewed the Plaintiff's Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's sexual harassment claim against Defendant Thomas.   Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Harold Thomas. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 2) and summons on Defendant Thomas without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 16th day of November, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. Sect. 1915A(a).