IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTONIO JACOBY                                                                                    PLAINTIFF

v.                                        3:20-cv-00247-LPR-JTK

HAROLD THOMAS, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed partial findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  (Doc. 11).  No objections have been filed and the time for doing so has passed.  After review of the findings and recommendations, as well as a *de novo* review of the record, the Court approves and adopts the findings and recommendations in all respects.  Defendant McClain is DISMISSED without prejudice, as the Plaintiff's Complaint fails to state a claim against McClain upon which relief may be granted.

IT IS SO ORDERED this 7th day of December 2020.

*(signature)*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE