**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ANTONIO JACOBY**                                                           **PLAINTIFF**

**v.**                         **Case No. 3:20CV00247-LPR-JTK**

**HAROLD THOMAS, et al.**                                             **DEFENDANTS**

## ORDER

Plaintiff Antonio Jacoby has not responded to this Court's October 6, 2021 Order directing him to notify the Court within thirty days of his current address and his intent to continue prosecution of this action.   (Doc. No. 29).   Therefore, the Court finds Mr. Jacoby's Complaint should be dismissed without prejudice for failure to prosecute.[1]

IT IS, THEREFORE, ORDERED that

1.       Antonio Jacoby's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to prosecute.

2.       Defendant Harold Thomas's Motion for Summary Judgment (Doc. No. 24) is DENIED, without prejudice, as moot.    If Plaintiff moves to reopen this case, Defendant Thomas may renew his Motion.

---

[1] Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

3.      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis*

appeal taken from the Order and Judgment dismissing this action is considered frivolous and not

in good faith.

IT IS SO ORDERED this 23rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE